1
2
3
4                          UNITED STATES DISTRICT COURT
5                             DISTRICT OF NEVADA
6                                    * * *
7    UNITED STATES OF AMERICA,                Case No. 2:10-CR-605 JCM (PAL)
8                          Plaintiff(s),                   ORDER
9           v.
10   SANTIAGO POZZI-LOPEZ,
11                         Defendant(s).
12
13          Presently before the court is the government's motion to dismiss the indictment as to
14   defendant Santiago Pozzi-Lopez.  (ECF No. 5).  The government informs the court that "[t]he
15   defendant was indicted in 2010 and has remained a fugitive since then, having never been arrested
16   on the charges. Given the lapse between the date the indictment was returned and now . . . the
17   evidence needed to convict the defendant may no longer be available."
18          Pursuant to Federal Rule of Criminal Procedure 48(a), this court grants the government
19   leave to dismiss the indictment against this defendant.
20          Accordingly,
21          IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the government's
22   motion (ECF No. 5 ) be, and the same hereby is, GRANTED.
23          DATED July 13, 2017.
24                                         _____
25                                         UNITED STATES DISTRICT JUDGE
26
27
28

**James C. Mahan**
**U.S. District Judge**